UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANKLIN PEPPER, ESQ., as
Administrator and Personal
Representative of the Estate of
GERTRUDE KLABUNDE, deceased

      Plaintiff,

v.                                                                                    Case No.:  3:24-cv-825

BOAR'S HEAD PROVISIONS CO., INC.,

      Defendant.

## STIPULATION OF DISMISSAL

COME NOW the parties, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this Stipulation of Dismissal advising the Court that the action has been resolved and is hereby **DISMISSED with prejudice**, and with each of the parties to bear their own costs, expenses, and attorneys' fees.

Dated: June 27, 2025.

                                   BOAR'S HEAD PROVISIONS CO., INC.

                                   By: */s/ Kevin M. Kennedy*
                                   Kevin L. Keller (VSB No. 30731)
                                   Kevin M. Kennedy (VSB No. 75071)
                                   Bryn L. Clegg (VSB No. 96923)
                                   Willcox & Savage, P.C.
                                   440 Monticello Avenue, Suite 2200
                                   Norfolk, Virginia 23510
                                   Telephone: (757) 628-5500
                                   Facsimile: (757) 628-5566
                                   kkeller@wilsav.com
                                   kkennedy@wilsav.com
                                   bclegg@wilsav.com

                                   Alan M. Maxwell (*phv* pending)
                                   Weinberg Wheeler Hudgins Gunn & Dial, LLC

3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433
amaxwell@wwhgd.com
*Counsel for Boar's Head Provisions Co., Inc.*

THOMAS ROBERTS, ESQ., AS
ADMINISTRATOR AND PERSONAL
REPRESENTATIVE OF THE ESTATE OF
LINDA E. DORMAN, DECEASED


*/s/ Emily C. Lagan*
Emily C. Lagan, Esquire
Salvatore J. Zambri, Esquire (admitted *phv*)
Regan Zambri Long
1919 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 463-3030
Facsimile: (202) 463-0667
elagan@reganfirm.com
szambri@reganfirm.com
*Co-Counsel for Plaintiff*

William D. Marler, Esquire (admitted *phv*)
Marler Clark
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
bmarler@marlerclark.com
*Co-Counsel for Plaintiff*

2

## CERTIFICATION

I hereby certify that on this 27th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Emily C. Lagan, Esquire
Salvatore J. Zambri, Esquire (admitted *phv*)
Regan Zambri Long
1919 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 463-3030
Facsimile: (202) 463-0667
elagan@reganfirm.com
szambri@reganfirm.com
*Co-Counsel for Plaintiff*

William D. Marler, Esquire (admitted *phv*)
Marler Clark
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
bmarler@marlerclark.com
*Co-Counsel for Plaintiff*

/s/ Kevin M. Kennedy
Kevin L. Keller (VSB No. 30731)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
kkeller@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com

Alan M. Maxwell (*phv* pending)
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433
amaxwell@wwhgd.com
*Counsel for Boar's Head Provisions Co., Inc.*

3